

January 13, 2020

Raymond A. Garcia
Direct Dial: 212.806.5485
Fax: 212.806.6006
rgarcia@stroock.com

Hon. Jesse M. Furman
Southern District of New York
40 Foley Square, Room 2202
New York, NY 10007

Re: <u>Walter v. Equifax Information Services, LLC, et al., Case No. 1:19-cv-11628-JMF</u>

Dear Judge Furman:

We represent defendant Discover Bank ("Discover") in the above-referenced action and write to request an extension of time to respond to the Complaint filed by plaintiff Chana Walter ("Plaintiff"). The current deadline for Discover to respond is January 16, 2020. In light of the Court's pending Order to Show Cause re: Venue (Dkt. No. 7) and to provide Discover with additional time to investigate the allegations in the Complaint, Discover requests a 30-day extension, to and including February 17, 2020, to respond to the Complaint.

Discover has not previously requested any extension of its response deadline. Plaintiff, by and through her counsel of record, consents to the instant request.

Respectfully submitted,

/s/ Raymond A. Garcia

Raymond A. Garcia

cc: All Counsel (via ECF)

Application GRANTED. Defendant Discover Bank's time to answer or otherwise respond to the Complaint is **February 17, 2020**. All other dates and deadlines, including the deadline to respond to Plaintiff's response to the Court's Order to Show Cause, remain in place. The Clerk of Court is directed to terminate ECF No. 9. SO ORDERED.

January 14, 2020