```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
CHANA WALTER,                                                        :
                                                                     :
                              Plaintiff,                             :
                                                                     :
               -v-                                                   :   19-CV-11628 (JMF)
                                                                     :
EXPERIAN INFORMATION SOLUTIONS, INC. et al.,                         :   ORDER OF DISMISSAL
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      The Court having been advised at ECF No. 43 that all claims asserted herein against Defendant American Express Co. have been settled, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs as to American Express Co., and without prejudice to the right to reopen the action **within sixty days** of the date of this Order if the settlement is not consummated.

      To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis. **Further, requests to extend the deadline to reopen are unlikely to be granted.**

      If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 4(B) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      The Clerk of Court is directed to close the case as to Defendant American Express Co.

      SO ORDERED.

Dated: May 18, 2020  
       New York, New York  
                                                    JESSE M. FURMAN  
                                               United States District Judge